Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED

APR 19 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

DMR

# UNITED STATES DISTRICT COURT

for the

District of Northern California

Division

Jeff Jacob Chase

Case No. CV22 2421

*(to be filled in by the Clerk's Office)*

Violation of 42 USC 1983
First Amendment Retaliation
Violation of Voting Rights Act

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

City of Sausalito
Chief of Police John Rohrbacher
Captain William Fraass et al
Chris Zapata  **Defendant(s)**
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Jeff Jacob Chase
Street Address  1001 Bridgeway Ave. #611
City and County  Sausalito, CA
State and Zip Code  94965
Telephone Number  (415) 942-3895
E-mail Address  twowheelrevolution@yahoo.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name John Rohrbacher

Job or Title (if known) Chief of Police, Sausalito

Street Address 420 Litho St.

City and County

State and Zip Code Sausalito, CA 94965

Telephone Number

E-mail Address (if known)

Defendant No. 2

Name William Farass

Job or Title (if known) Captain, Sausalito Police Dpt.

Street Address 420 Litho St

City and County Sausalito, CA

State and Zip Code 94965

Telephone Number

E-mail Address (if known)

Defendant No. 3

Name City of Sausalito

Job or Title (if known)

Street Address 420 Litho St.

City and County Sausalito, CA

State and Zip Code 94965

Telephone Number

E-mail Address (if known)

Defendant No. 4

Name Chris Zapata

Job or Title (if known) City Manager, Sausalito

Street Address 420 Litho St.

City and County Sausalito, CA

State and Zip Code 94965

Telephone Number

E-mail Address (if known)

Complaint/Page 2

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*[Handwritten annotations:]*

3) Article I, Sec 9 "Bill of Attainder"

U.S. Constitution ① Art III, Sec 2 "Maritime Jurisdiction"

② Art I, Sec 8 "Piracies on the High Seas"

④ Amendment I "the right of the people to peaceably assemble, and to petition the Government for a redress of grievances."

⑤ Amendment IV "right of the people to be secure in their persons, houses and effects from unreasonable search & seizure"

⑥ Amendment V "nor be deprived of life, liberty or property without due process..."

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the

State of *(name)* _____

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated

under the laws of the State of *(name)* _____

and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)   ⑦ Amendment XIV Sect. 1 "nor deny to any person..." "equal protection..."

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of

the State of *(name)* _____. Or is a citizen of

*(foreign nation)* _____

Common ... Page 3

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* , is incorporated under
the laws of the State of *(name)* , and has its
principal place of business in the State of *(name)* .
Or is incorporated under the laws of *(foreign nation)* ,
and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:



① False arrest, 2012, false charges of "assault on an officer" after being tased for no bicycle light – $25,000 (Captain Farris)

② Destruction of mooring chains, anchors and line & obstruction of 2018 election candidacy – $25,000 (John Rohdebosher)

③ Destruction of tent & personal items & obstruction of Small Craft Harbor District, 2022

④ Destruction of Community Garden, $25,000
2021 – $25,000 = $100,000

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

William On Richardson Bay, off Sausalito, tidelends claimed by the City of Sausalito, West of the Richardson Bay channel claimed as "Sausalito Waters" and contiguous areas on shore in the City of Sausalito.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Beginning in 2012 and continuing consistently until the present, including Fall 2018, Summer 2021, Winter, 2021.

Complaint/ Page 4

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(1) 2012 - False charge of "assault on an officer" William Fraiss & another Sausalito P.D. officer. Found not guilty after trial.

(2) Destruction of Mooring, 2018 - Witnesses Marin Superior Court, Joseph Bernstein, Officer Edgar Padilla, Honor & Chief Rohrbacher.

(3) Removal of dock at Schoonmakers in 2019, then next door at Galilee Harbor. Posting of signs, fines and seizure of skiffs, kayaks and other boats along entire Sausalito & Tiburon waterfront, except for 1/2 of one remaining dock where the overcrowded boats are often untied.

IV.    **Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. ~~The latest chapter of boaters living aboard offshore~~ ~~with moored~~ ~~clashing with officials~~ ~~of agencies taxed with~~ ~~them enforcement of the entire~~ ~~remove the former~~ ~~could maddening replacement~~ ~~resort to the latter!~~ Eighty remaining "anchor out" mariners are cut off from legal public access to voting & candidacy rights & equal participation.

V.    **Relief**

"Also they face dangerous landings because shore access is cut off! + 000

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*ships to tennis ts needs as union is now*

(1) Restoration of PUBLIC ACCESS for small dinghys and kayaks along the Tiburon, Belvedere and Sausalito waterfront, as required by their C.U.P. (Conditional Use Permits), the Marinship Specific Plan and Coast Guard regulations. (#4) Sausalito permits Homeless Union Service tent @ Marinships as *and lands*

(2) Allow the building of a seaworthy dock at the public shore nearest ("Camp Compliant 3.0" (Marinship encampment) and the removal of "no trespass" signs. *replacement of tent destroyed*

(3) No obstruction of 1st Amendment free speech & candidat

- 3 -

## VENUE

[The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]

4.    Venue is appropriate in this Court because:

☒ a substantial part of the events I am suing about happened in this district.

☒ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her

official capacity and I live in this district.

☒ at least one defendant is located in this District and any other defendants are

located in California.

## INTRADISTRICT ASSIGNMENT

[This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.]

5.    Because this lawsuit arose in _____ Marin _____ County, it should be assigned to the __ San Francisco / Oakland __ Division of this Court.

## STATEMENT OF FACTS

[Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

(1) California Homeless Union officers — Robbie Powelson, Arthur Bruce, Jeff Chase, are ~~illegally~~ prevented from doing their work at Marinships camp. April 5 Robbie Powelson and Arthur Bruce are threatened with arrest and ordered to leave camp.

COMPLAINT

PAGE 6 OF ___ [JDC TEMPLATE – Rev. 05/2017]

- 4 -

(2) ~~Spring, 2022~~ Late Winter, 2022

Arthur Bruce is injured, requiring a hospital visit after asking for a tent space. Witnesses and video available, including Troy, the Urban Alchemy worker who delivered the beating.

(3) April 9 - According to Urban Alchemy supervisor "Joseph", two Urban Alchemy workers fight, with one going to jail. Arthur Bruce witnesses, video available.

(4) February 10 and 11th - ~~[illegible]~~ Jeff Chase removes his tent from the leach-field and moves it to the tennis courts with his belongings as "Camp Cormorant 2.0" is fenced and bulldozed. The next morning a picture of him outside the tent is on the front page above the fold of the Marin Independent Journal.

But the tent is nowhere to be seen, after Stacy Gregory and Officer Mathers ~~[illegible]~~ ~~question~~ question many anchor outs about having a "tent AND a boat."

COMPLAINT

PAGE 7 OF ___ [JDC TEMPLATE – Rev. 05/2017]

- 5 -

## CLAIMS

### First Claim

(Name the law or right violated: Bill of Attainder, Defamation )

(Name the defendants who violated it: Chief Jon Rohrbacher, Captian William Farass, Chris Zapata

[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

① The bill of attainder is the clause in the U.S. Constitution that prohibits legislature acts that apply to "named individuals or easily ascertainable members of a groups ... to inflict punishment."

② Chief Jon Rohrbacher, when I asked where my marina was, said "you were illegally anchoring off Dunphy Park" as if that excused the theft of the moorings by his department. And yet in his declaration filed 11/30/2021, he accuses campers of "vandalism" theft trespass criminal threats" for repurposing wood that was sitting unused for 6 weeks turning moldy on the tennis court

③ Captain Farass, along with other Sausalito

//

\* in fall 2018

COMPLAINT

PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

officers, has consistently targeted bicyclists — giving Jeff Chase a dozen or more tickets on bicycle before finally tasing him for "no bicycle light" Captain Farass demanded he put down the garden light as Jeff repeated, "I have a light." Then tackling him to the pavement, screaming "stop resisting," Farass charged Chase with "assault on an officer," guaranteeing solitary confinement and no phone calls for three days.

Of course, the assault had been exactly the other way, which the judge agreed with pronouncing Chase "not guilty."

Chris Zapata, in declaring a "State of Emergency" at Camp Cormorant after a fire in which no one was injured. There had been a much bigger fire mths before at Camp Cormorant — which Michael tega & Jeff Chase put out, that unfortunately HAD to injuries, that was never mentioned by the ity.

Complaint / Page 9

Stacy Gregory, Sausalito Police Lieutenant, had told Delia "the morning of the fire," that she had to "leave the encampment." Later that night another camper did attempt to make her leave, perhaps overhearing the conversation. Lt. Gregory should take some responsibility for the later fire, as the Sausalito Police Department has decided they pick and choose Marinship tent spots. This has obviously led to tension and fights.

The City Manager Chris Zapata "proclaimed" on February 10, 2020 the "extreme peril to the safety of persons and property... caused by dangerous and sometimes criminal activity" with no evidence and then reaches the absurd when he cites "public alcohol and drug use." Of course, homeless people, many forced off their boats, live 24/7 in public! Even though Skip Murman and Jeff Chase have led 12-step groups, this is a seaman (and woman) camp, therefore not free of alcohol and legal cannabis. Jeff Chase and others discourage hard drug use, and many have achieved an almost miraculous sobriety there

Complaint
Page

- 7 -

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

① Restoration of PUBLIC Access for LEGAL & REGULATED dinghies and kayaks in Sausalito.
② The ~~denied~~ permitted building of a seaworthy public dock adjacent to the camp
③ California Homeless Union ~~is~~ tent inside the tennis courts, funded by the City whose officers presumably trashed Jeff Chase's tent and possessions after declaring a "State of emergency."
④ No "provisional" ballots in coming election in Sausalito. ⑤ Begin cooperative

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

☒ Plaintiff demands a jury trial on all issues.

transition back to healthier public land at South Dunphy Park, currently fenced off as part of the Marine Service Center in the upcoming self-governed new Small Craft Harbor District

Respectfully submitted,

Date: 4-13-22    Sign Name: _Jeffrey Chase_

Print Name: _Jeffrey Jacob Chase_

⑥ Immediate permission for Community Garden next to tennis courts.

COMPLAINT

PAGE 11 OF ___ [JDC TEMPLATE – 05/17]