UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JACOB CHASE,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ROHRBACHER, et al.,<br><br>Defendants. | Case No. 22-cv-02421-EMC<br><br>**ORDER TO SHOW CAUSE** |

Defendants have filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b(6). The Court held a hearing on the motion on July 15, 2022. Mr. Chase did not make an appearance at the hearing, even though it appears that he was personally served with a copy of the motion.

Because Defendants have submitted, for the Court's consideration, information outside the four corners of Mr. Chase's complaint, the Court shall treat Defendants' 12(b)(6) motion as a motion for summary judgment and further shall give Mr. Chase an opportunity to respond to the summary judgment motion. *See* Fed. R. Civ. P. 12(d) ("If, on a motion under Rule 12(b)(6) or 12(c), matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion.").

The Court notes that, following the hearing, Mr. Chase filed a brief opposition to Defendants' motion to dismiss. The opposition was not timely filed and, in any event, is moot in light of the Court's decision above to convert Defendants' motion to dismiss into a motion for summary judgment. By this order, the Court converts Defendants' motion into a motion for

1 summary judgement.  **Mr. Chase must file his opposition to the motion within two weeks of**
2 **service of this order upon him.**

3 Defendants are ordered to serve a copy of this order (as well as the minutes from the
4 hearing) on Mr. Chase.  Defendants may have a police officer personally serve documents on Mr.
5 Chase if and when he is present at the encampment or otherwise in the City.  The Court shall also
6 have the Clerk of the Court serve a copy of this order (and the minutes from the 7/15/2022
7 hearing) on Mr. Chase at the address of record.

8 When Defendants have served this order (and the minutes) on Mr. Chase, they shall – on
9 the day following service – file a declaration certifying that service was effected.  **Within two**
10 **weeks after the date of service, Mr. Chase's opposition to the motion must be filed.  Mr.**
11 **Chase is advised that, if he fails to timely file an opposition to the motion for summary**
12 **judgment, then the Court may, in its discretion, dismiss his case without prejudice (based on**
13 **failure to prosecute) and close the file in the case.**

14 For Mr. Chase's benefit, the Court notes that the District as a "Pro Se Handbook" available
15 at the District website (https://cand.uscourts.gov/pro-se-litigants/).  The Handbook has a section
16 on summary judgment motions (Chapter 18) which the Court strongly recommends that Mr. Chase
17 review as it gives guidance on how to oppose a motion for summary judgment.

19 **IT IS SO ORDERED**.

21 Dated: July 20, 2022

_____
EDWARD M. CHEN
United States District Judge